UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FORA FINANCIAL HOLDINGS, LLC                         :
                                                      :
                              Plaintiff,              :   Case No. _____
                    vs.                               :
                                                      :
                                                      :
                                                      :
NEW YORK TRIBECA GROUP, LLC and                       :
JOHN DOES 1-10,                                       :
                              Defendants.             :
                                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

**PLAINTIFF FORA FINANCIAL HOLDINGS, LLC'S CORPORATE DISCLOSURE
STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

In accordance with Federal Rule of Civil Procedure 7.1, Plaintiff Fora Financial Holdings,
LLC ("Plaintiff") states that Plaintiff is wholly owned by a parent company, Business Credit
Holdings, LLC.  Business Credit Holdings, LLC has no corporate parent and no public company
owns 10% or more of its stock.

Dated: New York, New York
       October 6, 2022

LOCKE LORD LLP

By:   */s/ Jeffrey S. Kramer*
       William D. Foley, Jr.
       Jeffrey S. Kramer
       200 Vesey Street, 20th Floor
       New York, NY 10281
       (646) 217-7722

       *Attorneys for Plaintiff*