UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FORA FINANCIAL HOLDINGS, LLC,                                     :
:
                       Plaintiff,                                 :
:     22-CV-8539 (JMF)
     -v-                                                         :
:     ORDER
NEW YORK TRIBECA GROUP, LLC and JOHN DOES :
1-10,                                                             :
:
                       Defendants.                                :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On October 6, 2022, Plaintiff moved, by Proposed Order to Show Cause, for a Preliminary Injunction with a Temporary Restraining Order and Expedited Discovery.  *See* ECF Nos. 4, 5.  The parties shall appear for a teleconference with the Court on **October 14, 2022**, at **11:30 a.m.** to address the motion and how to proceed.  Counsel should confer in advance and be prepared to discuss at the conference: (1) a briefing schedule; (2) whether there is a need for an evidentiary hearing; and (3) whether any hearing should be consolidated with a trial on the merits pursuant to Rule 65(a)(2) of the Federal Rules of Civil Procedure.  Defendants may, but are not required to, file a letter responding to Plaintiff's Motion and proposing next steps by **October 12, 2022**, at **5 p.m.**

       **To access the conference, counsel should call 888-363-4749 and use access code 5421540#.**  Members of the press and public may call the same number, but will not be permitted to speak during the conference.  The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman.  Among other things, those procedures require counsel to provide advance notice of who will participate in the conference and the telephone numbers they will use to participate.

       Plaintiff is directed to electronically serve a copy of the Summons, Complaint, motion papers, and this Order on Defendants and/or defense counsel by **October 10, 2022**, and to file proof of such service by **October 11, 2022**.

       SO ORDERED.

Dated: October 7, 2022                            _____
       New York, New York                       JESSE M. FURMAN
                                               United States District Judge