UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

FORA FINANCIAL HOLDINGS, LLC    :
                                :
                  Plaintiff,    : Case No. 22-cv-8539 (JMF)
       vs.                      :
                                :
NEW YORK TRIBECA GROUP, LLC and JOHN :
DOES 1-10,                      :
                                :
                  Defendants.   :
                                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

## DECLARATION OF SERVICE

Jeffrey S. Kramer, Esq., declares under penalty of perjury as follows:

I am a member of the law firm Locke Lord LLP, counsel for plaintiff Fora Financial Holdings, LLC, in this action.  On October 10, 2022, I electronically served copies of the Court's Order dated October 7, 2022 (Dkt. No. 12) and the Summons (Dkt. No. 10), Verified Complaint (Dkt. No. 1) and motion papers (Dkt. Nos. 4-9) on defendant New York Tribeca Group, LLC by email to: (i) the email address listed on defendant's website (info@nytribecagroup.com) at 9:55 a.m. and then (ii) to defendant's counsel, Irena Zolotova, Esq. (irena.zolotova@gmail.com) at 3:25 p.m.

October 11, 2022
New York, NY

   _s/Jeffrey S. Kramer_____  _____
   Jeffrey S. Kramer

129859179v.1