UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

**Job #:** 2022785

**Attorney:** Locke Lord LLP **PH:** (212) 415-8600
**Address:** Brookfield Place, 200 Vesey Street, 20th Floor New York, NY 10281

| Fora Financial Holdings, LLC | | |
|---|---|---|
| | *Plaintiff* | **Civil Action Number:** 1:22-cv-08539-JMF |
| vs | | **Date Filed:** 10/07/2022 |
| New York Tribeca Group, LLC and John Does 1-10 | | **Client's File No.:** |
| | | **Court Date:** |
| | *Defendant* | **Court Time:** |

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:
**Sean B. Alexander**, being sworn says:

# AFFIDAVIT OF SERVICE

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **10/10/2022**, at **1:10 PM** at: **40 Wall Street, 43rd Floor, New York, NY 10005** Deponent served the within **Summons in a Civil Action with Verified Complaint (Jury Trial Demanded) and Civil Cover Sheet**

On: **New York Tribeca Group, LLC**, the therein named **Defendant**.

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein.

☐ **#2 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to , (), a person of suitable age and discretion. Said premises is recipient's:[] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#3 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is defendants
[] actual place of business / employment  [] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find defendant or person of suitable age and discretion thereat having called there;

☒ **#4 Corporation or Partnership or Trust or LLC or Entity**
By delivering thereat a true copy of each to Gabriel Schuster  personally. Deponent knew said corporation/partnership/trust/LLC/Entity so served to be the corporation/partnership/trust/LLC/Entity described in said aforementioned document as said defendant and knew said individual to be Compliance Officer (authorized to accept service) thereof.

☐ **#5 MAILING**
On , deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known [] Actual Place of Residence [] Actual Place of Business,  and deposited the envelope in an official depository, personally or via agency, under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

☒ **#6 DESCRIPTION**
| Sex: Male | Color of skin: White | Color of hair: Black | Glasses: | |
|---|---|---|---|---|
| Age: 36-50 | Height: 5ft 9in - 6ft 0in | | Weight: Over 200 Lbs. | Other Features: |

☐ **#7 MILITARY SERVICE**
I asked the person spoken to whether defendant was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

☐ **#8 WITNESS FEES**
Subpoena Fee Tendered in the amount of

☐ **#9 OTHER**

Sworn to before me on 10/11/2022

Carla M. Ellis
Notary Public State of New York
No. 6011180
Qualified in Suffolk County
Commission Expires August 3, 2026

Sean B. Alexander
2022724

*C-ME Process Service, LLC, 646 South 9th Street, Lindenhurst, NY 11757*