UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FORA FINANCIAL HOLDINGS, LLC, | : |
| | : |
| Plaintiff, | : Case No. 1:22-cv-08539-JMF |
| | : |
| vs. | : **NOTICE OF APPEARANCE** |
| | : |
| NEW YORK TRIBECA GROUP, LLC and JOHN DOES 1-10, | : |
| | : |
| Defendant(s). | : |

**PLEASE TAKE NOTICE** that the undersigned has been retained as counsel on behalf of Fora Financial Holdings, LLC ("Plaintiff"), and hereby appears as counsel for Plaintiff in the above titled action and requests that copies of all papers in this appeal be served upon the undersigned at the address set forth below.

Dated: October 12, 2022
         New York, New York

*s/ William D. Foley, Jr.*
William D. Foley, Jr.
LOCKE LORD LLP
Brookfield Place
200 Vesey Street, 20th Floor
New York, NY 10281
T: (212) 415-8600
F: (212) 812-8392

*Counsel for Plaintiff Fora Financial Holdings, LLC*

To: Counsel for Defendant (via ECF)