

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
BOSTON
HOUSTON
DALLAS
FORT WORTH
AUSTIN

*FIRM and AFFILIATE OFFICES*

ANTHONY L. GALLIA
DIRECT DIAL: +1 215 979 1127
PERSONAL FAX: +1 215 689 4919
*E-MAIL:* ALGallia@duanemorris.com

*www.duanemorris.com*

HANOI
HO CHI MINH CITY
SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR

ALLIANCES IN MEXICO

October 14, 2022

**VIA ECF FILING**

Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    **Fora Financial Holdings, LLC vs. New York Tribeca Group, LLC, et al.**
              **Case No: 22-CV-8539(JMF)**

Dear Judge Furman:

      We have been retained to represent the defendant, New York Tribeca Group, LLC, in the above-referenced matter. In accordance with the Court's October 7, 2022 Order, I write to respectfully advise the Court that I will be participating in the telephonic conference regarding the moving papers filed by the plaintiff in this case. The phone number I will be participating from is 215-384-8769. We look forward to speaking with the Court.

                                                                             Respectfully,

                                                                         */s/ Anthony Gallia*
                                                                         Anthony L. Gallia

ALG/rlt

cc:    Jeffrey Kramer, Esq. (via ECF Filing)
        William Foley, Esq. (via ECF Filing)
        Irena Zolotova, Esq. (via email)

DUANE MORRIS LLP
30 SOUTH 17TH STREET   PHILADELPHIA, PA 19103-4196         PHONE: +1 215 979 1000   FAX: +1 215 979 1020