UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
FORA FINANCIAL HOLDINGS, LLC,                                     :
:
                Plaintiff,                                     :
:     22-CV-8539 (JMF)
    -v-                                                         :
:     ORDER
NEW YORK TRIBECA GROUP, LLC and JOHN DOES  :
1-10,                                                             :
:
                Defendants.                                    :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       As stated on the record during the teleconference held earlier today:

- The Court will hold a teleconference on **October 20, 2022, at 11:30 a.m.** To access the conference, counsel should call 888-363-4749 and use access code 5421540#.

- The parties are directed to submit a joint status letter addressing the issues discussed at the conference today by **October 19, 2022, at 5 p.m.**

       SO ORDERED.

Dated: October 14, 2022
       New York, New York
                                                  _____
                                                      JESSE M. FURMAN
                                               United States District Judge