

Brookfield Place, 200 Vesey Street, 20th Floor
New York, New York 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Jeffrey S. Kramer
Direct Telephone: 646-217-7722
Direct Fax: 646-224-9598
jkramer@lockelord.com

October 19, 2022

VIA ECF

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Fora Financial Holdings, LLC v. New York Tribeca Group, LLC et al.*,
      <u>Case No. 22-cv-8539-JMF; Status Update</u>

Dear Judge Furman:

This firm represents plaintiff Fora Financial Holdings, LLC ("Fora Financial") in this matter. We write with the consent of counsel for defendant New York Tribeca Group, LLC ("Tribeca") to submit a status update on the parties' negotiations before tomorrow's teleconference with the Court. Since the last conference, the parties have been negotiating a proposed order that allows for the completion of some expedited discovery while Tribeca refrains from using or disclosing certain information, as well as a potential settlement of the lawsuit. The parties are continuing to negotiate those issues but have not yet reached a formal agreement.

                                                  Respectfully submitted,

                                                  s/ *Jeffrey S. Kramer*

                                                  Jeffrey S. Kramer (JK1019)

cc:   Irena Zolotova, Esq.
      Counsel for Defendant
      By Email

      All Other Counsel by ECF

Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami | Morristown
New Orleans | New York | Providence | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach

130046573v.1


130046573v.2