

Brookfield Place, 200 Vesey Street, 20th Floor
New York, New York 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Jeffrey S. Kramer
Direct Telephone: 646-217-7722
Direct Fax: 646-224-9598
jkramer@lockelord.com

October 20, 2022

VIA ECF

Hon. Jesse M. Furman
United States District Judge
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Fora Financial Holdings, LLC v. New York Tribeca Group, LLC et al.*,
      <u>Case No. 22-cv-8539-JMF; Request for Entry of Consent Order</u>

Dear Judge Furman:

This firm represents plaintiff Fora Financial Holdings, LLC ("Fora Financial") in this matter. We write with the consent of counsel for defendant New York Tribeca Group, LLC ("Tribeca") to submit for the Court's approval the parties' proposed temporary consent order, which the parties have negotiated over the past few days. In accordance with the Local Rules and Electronic Case Filing Rules and Instructions, we have electronically filed the proposed order. The parties are available should the Court have any questions or wish to discuss.

  Respectfully submitted,

  s/ *Jeffrey S. Kramer*

  Jeffrey S. Kramer (JK1019)

cc:   Counsel for Defendant
      By Email

      William D. Foley, Jr., Esq.
      By ECF

Atlanta | Austin | Boston | Chicago | Dallas | Hartford | Hong Kong | Houston | Istanbul | London | Los Angeles | Miami | Morristown
New Orleans | New York | Providence | San Francisco | Stamford | Tokyo | Washington DC | West Palm Beach

129889179v.1