UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------x
 FORA FINANCIAL HOLDINGS, LLC,           :
                                         :
                        Plaintiff,       :
                                         :   Case No: 1:22-CV-8539 (JMF)
    -vs-                                 :
                                         :
 NEW YORK TRIBECA GROUP, LLC and         :
 JOHN DOES 1-10                          :
                                         :
                        Defendants.      :
-----------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Anthony L. Gallia, Esq. hereby appears in the above-captioned action as counsel for Defendant, New York Tribeca Group, LLC, and hereby requests that a copy of all notices, pleadings, and other papers served or filed in connection with this case be served upon the undersigned counsel.

Dated: New York, New York
       October 20, 2022

                                        **DUANE MORRIS LLP**

                                        By:   /s/ *Anthony Gallia*
                                              Anthony L. Gallia, Esq.
                                              30 South 17th Street
                                              Philadelphia, PA 19103
                                              Tel: 215-979-1127
                                              Fax: 215-689-4919
                                              Email: algallia@duanemorris.com

                                        *Attorneys for Defendant*
                                        *New York Tribeca Group, LLC*