

Brookfield Place, 200 Vesey Street, 20th Floor
New York, New York 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Jeffrey S. Kramer
Direct Telephone: 646-217-7722
Direct Fax: 646-224-9598
jkramer@lockelord.com

March 9, 2023

VIA ECF

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 17D
New York, NY 10007

**Re:** *Fora Financial Holdings, LLC v. New York Tribeca Group, LLC et al.*,
<u>Case No. 22-cv-8539-JMF; Joint Settlement Status Letter</u>

Dear Judge Parker:

      Pursuant to the Court's Order dated February 7, 2023 (ECF No. 34), plaintiff Fora Financial Holdings, LLC ("Fora Financial") and defendant New York Tribeca Group, LLC ("Tribeca," and collectively, the "Parties") submit this joint settlement status letter. The Parties exchanged a draft settlement agreement and related documents prior to the call with the Court on February 7, 2023. Since then, the Parties have continued to negotiate settlement terms. The Parties believe they are very close to resolving this matter. The Parties are working to resolve one substantive term of the settlement. The Parties believe they will finalize the settlement after resolving that one substantive issue. Given the status of settlement discussions, the Parties do not see the need for a settlement conference at this time.

      Respectfully submitted,

      s/ *Jeffrey S. Kramer*

      Jeffrey S. Kramer (JK1019)

cc:    All Counsel
       By ECF