

Brookfield Place, 200 Vesey Street, 20th Floor
New York, New York 10281-2101
Telephone: 212-415-8600
Fax: 212-303-2754
www.lockelord.com

Jeffrey S. Kramer
Direct Telephone: 646-217-7722
Direct Fax: 646-224-9598
jkramer@lockelord.com

March 31, 2023

VIA ECF

Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 17D
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/3/2023
```

**Re:** *Fora Financial Holdings, LLC v. New York Tribeca Group, LLC et al.*,
<u>Case No. 22-cv-8539-JMF; Joint Settlement Status Letter</u>

Dear Judge Parker:

Pursuant to the Court's order dated March 9, 2023, (ECF No. 40), plaintiff Fora Financial Holdings, LLC ("Fora Financial") and defendant New York Tribeca Group, LLC ("Tribeca," and collectively, the "Parties") submit this joint settlement status letter. Since their March 9 status update, the Parties have continued negotiating the lone issue impeding settlement but have not yet reached a final agreement. However, the Parties are not at an impasse on that issue and still believe they are close to resolving this matter. The Parties do not believe a settlement conference with the Court is necessary but of course would participate in such a conference if the Court were to order one.

Respectfully submitted,

s/ *Jeffrey S. Kramer*

Jeffrey S. Kramer (JK1019)

cc: All Counsel
By ECF

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE  4/3/2023

The Court thanks the parties for the update. The parties shall file another status letter by **May 3, 2023.**

Atlanta | Austin | Boston | Brussels | Chicago | Cincinnati | Dallas | Hartford | Houston | London | Los Angeles
Miami | New Orleans | New York | Newark | Providence | San Francisco | Stamford | Washington DC | West Palm Beach